**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

KENNETH EUGENE PURSER                                    PLAINTIFF

V.                                                                                  CIVIL ACTION NO.
                                                                                       2:07-CV-142

COMMISSIONER OF SOCIAL SECURITY                 DEFENDANT


## FINAL JUDGMENT


In accordance with the memorandum opinion issued this day,

It is, hereby,

**ORDERED:**

That the decision of the Commissioner is affirmed, plaintiff's request for remand for is

denied, and this case is dismissed with prejudice.

This  the 29th day of September, 2008


                                                            /s/ W. Allen Pepper, Jr.
                                                            W. ALLEN PEPPER, JR.
                                                            UNITED STATES DISTRICT JUDGE